DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANTHONY HOLMES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. F 05-340 AWI |
| Plaintiff, | **STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| ANTHONY HOLMES, | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| Defendant. | |
| | Judge: Hon. ANTHONY W. ISHII |

Defendant, ANTHONY HOLMES, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KIMBERLY A. SANCHEZ, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. The sentencing range applicable to Mr. Holmes was subsequently lowered by the United States Sentencing Commission in Amendment 750;

3. Accordingly, Mr. Holmes's adjusted offense level has been reduced from 27 to 23, and a sentence at the low end of the new guideline range would be 70 months;

4. Mr. Holmes merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Holmes's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith, on November 1, 2011, reducing Mr. Holmes's term of imprisonment to an aggregate term of 70 months on all counts.

Dated: October 28, 2011

Respectfully submitted,

| BENJAMIN WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ | /s/ *David M. Porter* |
| KIMBERLY A. SANCHEZ | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | ANTHONY HOLMES |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On August 13, 2008, this Court resentenced Mr. Holmes to a term of imprisonment of 100 months. The parties agree, and the Court finds, that Mr. Holmes is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 27 to 23.

///

///

///

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 70 months on all counts;

         IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

         The provisions of this order are stayed up to and including November 11, 2011, to permit the Bureau of Prisons to make appropriate release arrangements.

         Unless otherwise ordered, Mr. Holmes shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:    November 1, 2011            _____
                                      CHIEF UNITED STATES DISTRICT JUDGE