# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Anthony Holmes | ) | Case No: | 1:05-CR-340 AWI |
| | ) | USM No: | 62494-097 |
| Date of Original Judgment: 3/19/2007 | ) | | |
| Date of Previous Amended Judgment: 8/13/2008 | ) | David Porter | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  100  months **is reduced to**  70 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  3/19/2007  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  November 3, 2011                           /s/ ANTHONY W. ISHII
                                                        *Judge's signature*

Effective Date:  November 11, 2011                      ANTHONY W. ISHII
*(if different from order date)*                        *Printed name and title*